**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Lindsey Nicole Noll         BK NO. 24-02056 HWV
                   Debtor(s)

                                                     Chapter 13

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

                                      Respectfully submitted,

/s/ *Brent J. Lemon*
Brent Lemon
29 Aug 2024, 12:06:54, EDT

                        KML Law Group, P.C.
                        BNY Mellon Independence Center
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106
                        215-627-1322

Document ID: f247241f7f3ec619c168d51877f4ba7f8b9251e76f53fc1ffa7869d601af338b
Case 1:24-bk-02056-HWV    Doc 10    Filed 08/29/24    Entered 08/29/24 17:01:07    Desc
Main Document     Page 1 of 1