United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                            Case No. 24-02056-HWV
Lindsey Nicole Noll                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                              User: AutoDocke                                          Page 1 of 3
Date Rcvd: Sep 26, 2024                       Form ID: ntcnfhrg                                      Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lindsey Nicole Noll, 44 West High Street, Windsor, PA 17366-9710 |
| 5646621 | + | Jonestown Bank And Tru, Attn: Bankruptcy, Po Box 717, Jonestown, PA 17038-0717 |
| 5646629 | #+ | MICHAEL J DOUGHERTY, ESQ, WELTMAN WEINBERG AND REIS CO LPA, 170 S INDEPENDENCE MALL W STE 874 W, Philadelphia, PA 19106-3334 |
| 5646632 | + | UPMC Pinnicle, 200 Lothrop Street, Pittsburgh, PA 15213-2536 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5646608 | + | Email/Text: bncnotifications@pheaa.org | Sep 26 2024 18:41:00 | Aes/Pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 5646611 | + | Email/Text: bncnotifications@pheaa.org | Sep 26 2024 18:41:00 | American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisbiurg, PA 17105-2461 |
| 5646612 | | Email/Text: collectionsbankruptcy@belco.org | Sep 26 2024 18:41:00 | Belco Community Credit Union, Attn: Bankruptcy Dept., 449 Eisenhower Blvd. Suite 200, Harrisburg, PA 17111 |
| 5646614 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2024 18:43:29 | CITIBANK NA, 5800 S CORPORATE PL, Sioux Falls, SD 57108-5027 |
| 5646613 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2024 18:43:15 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5646615 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 26 2024 18:41:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5646616 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 26 2024 18:41:00 | Comenity Bank/Zales, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5646617 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 26 2024 18:41:00 | Comenity/Carter, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5646618 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 26 2024 18:41:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 5647800 | | Email/Text: mrdiscen@discover.com | Sep 26 2024 18:41:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5646619 | + | Email/Text: mrdiscen@discover.com | Sep 26 2024 18:41:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5646620 | + | Email/Text: bankruptcy@fultonbank.com | Sep 26 2024 18:41:00 | Fulton Bank, One Penn Square, Lancaster, PA 17602-2853 |
| 5655954 | + | Email/Text: bankruptcy@fultonbank.com | Sep 26 2024 18:41:00 | Fulton Bank, N.A., One Penn Square, P.O. Box 4887, Lancaster, PA 17604-4887 |
| 5646622 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 26 2024 18:41:00 | Kohl's, Attn: Credit Administrator, Po Box 3043, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Milwaukee, WI 53201-3043 |
| 5647197 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2024 18:43:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5646623 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2024 18:43:27 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5646624 | | Email/Text: camanagement@mtb.com | Sep 26 2024 18:41:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5646626 | + | Email/Text: Unger@Members1st.org | Sep 26 2024 18:41:00 | Members 1st FCU, Attn: Bankruptcy, Po Box 8893, Camo Hill, PA 17001-8893 |
| 5646625 | + | Email/Text: Unger@Members1st.org | Sep 26 2024 18:41:00 | Members 1st FCU, Attn: Bankruptcy, Po Box 8893, Camp hill, PA 17001-8893 |
| 5646630 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 26 2024 18:43:20 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5646631 | + | Email/Text: bankruptcy@bbandt.com | Sep 26 2024 18:41:00 | Truist Financial, Attn: Bankruptcy, 214 N Tryon St, Charlotte, VA 28202-0129 |
| 5646634 | + | Email/Text: bankruptcynotification@wellspan.org | Sep 26 2024 18:41:00 | WellSpan Health, PO Box 15119, York, PA 17405-7119 |
| 5646633 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 26 2024 18:43:20 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Fulton Bank, N.A., One Penn Square, P.O. Box 4887, Lancaster, PA 17604-4887 |
| 5646609 | *+ | Aes/Pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 5646610 | *+ | Aes/Pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 5646627 | *+ | Members 1st FCU, Attn: Bankruptcy, Po Box 8893, Camo Hill, PA 17001-8893 |
| 5646628 | *+ | Members 1st FCU, Attn: Bankruptcy, Po Box 8893, Camo Hill, PA 17001-8893 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 28, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:

**Name**      **Email Address**

Brent J Lemon
    on behalf of Creditor M&T BANK blemon@kmllawgroup.com

Chad J. Julius
    on behalf of Debtor 1 Lindsey Nicole Noll cjulius@ljacobsonlaw.com
    egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

Matthew G. Brushwood
    on behalf of Creditor Fulton Bank  N.A. mbrushwood@barley.com,
    ageoghegan@barley.com;cbrelje@barley.com;jrachor@barley.com;dkline@barley.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Lindsey Nicole Noll,  
    **Debtor 1**

Chapter 13

Case No. 1:24−bk−02056−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 30, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: November 6, 2024<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PatriciaRatchford, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 26, 2024 |

ntcnfhrg (08/21)