IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYNVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| LINDSEY NICOLE NOLL, | : | |
| | : | CASE NO: 1:24-bk-02056-HWV |
| Debtor(s) | : | |

## CERTIFICATE OF SERVICE

I, Chad J. Julius, with the firm of Jacobson, Julius & Harshberger hereby certify that on February 11, 2025, a true and correct copy of the ORDER CONFIRMING AMENDED CHAPTER 13 PLAN, pursuant to L.B.R 2002-1(e), was served by electronic means and/or first-class mail, postage prepaid on the following:

SEE ATTACHED MATRIX

Respectfully Submitted,

JACOBSON, JULIUS & HARSHBERGER

By: /s/ Chad J. Julius
Chad J. Julius

Date: February 11, 2025

```
Label Matrix for local noticing          Fulton Bank, N.A.                    U.S. Bankruptcy Court
0314-1                                   One Penn Square                      Sylvia H. Rambo US Courthouse
Case 1:24-bk-02056-HWV                   P.O. Box 4887                        1501 N. 6th Street
Middle District of Pennsylvania          Lancaster, PA 17604-4887             Harrisburg, PA 17102-1104
Harrisburg
Tue Feb 11 10:45:37 EST 2025

Aes/Pnc Bank                             American Education Services          (p)BELCO COMMUNITY CREDIT UNION
Attn: Bankruptcy                         Attn: Bankruptcy                     ATTN ATTN COLLECTIONS DEPARTMENT
Po Box 2461                              Po Box 2461                          449 EISENHOWER BLVD
Harrisburg, PA 17105-2461                Harrisburg, PA 17105-2461            HARRISBURG PA 17111-2301


CITIBANK NA                              Capital One                          Comenity Bank/Lane Bryant
5800 S CORPORATE PL                      Attn: Bankruptcy                     Attn: Bankruptcy
Sioux Falls, SD 57108-5027               Po Box 30285                         Po Box 182125
                                         Salt Lake City, UT 84130-0285        Columbus, OH 43218-2125


Comenity Bank/Zales                      Comenity/Carter                      Dept Of Education/neln
Attn: Bankruptcy                         Attn: Bankruptcy                     Po Box 82561
Po Box 182125                            Po Box 182125                        Lincoln, NE 68501-2561
Columbus, OH 43218-2125                  Columbus, OH 43218-2125


Discover Bank                            Discover Financial                   Fulton Bank
PO Box 3025                              Attn: Bankruptcy                     One Penn Square
New Albany, OH 43054-3025                Po Box 3025                          Lancaster, PA 17602-2853
                                         New Albany, OH 43054-3025


(p)JEFFERSON CAPITAL SYSTEMS LLC         Jonestown Bank And Tru               Kohl's
PO BOX 7999                              Attn: Bankruptcy                     Attn: Credit Administrator
SAINT CLOUD MN 56302-7999                Po Box 717                           Po Box 3043
                                         Jonestown, PA 17038-0717             Milwaukee, WI 53201-3043


LVNV Funding, LLC                        Lvnv Funding/Resurgent Capital       (p)M&T BANK
Resurgent Capital Services               Attn: Bankruptcy                     LEGAL DOCUMENT PROCESSING
PO Box 10587                             Po Box 10497                         626 COMMERCE DRIVE
Greenville, SC 29603-0587                Greenville, SC 29603-0497            AMHERST NY 14228-2307


MICHAEL J DOUGHERTY, ESQ                 Members 1st FCU                      Members 1st FCU
WELTMAN WEINBERG AND REIS CO LPA         Attn: Bankruptcy                     Attn: Bankruptcy
170 S INDEPENDENCE MALL W STE 874 W      Po Box 8893                          Po Box 8893
Philadelphia, PA 19106-3334              Camo Hill, PA 17001-8893             Camp hill, PA 17001-8893


Midland Credit Management, Inc.          Syncb/Old Navy                       Truist Financial
PO Box 2037                              Attn: Bankruptcy                     Attn: Bankruptcy
Warren, MI 48090-2037                    Po Box 965060                        214 N Tryon St
                                         Orlando, FL 32896-5060               Charlotte, VA 28202-0129


UPMC Pinnicle                            United States Trustee                WellSpan Health
200 Lothrop Street                       US Courthouse                        PO Box 15119
Pittsburgh, PA 15213-2536                1501 N. 6th St                       York, PA 17405-7119
                                         Harrisburg, PA 17102-1104
```

| Wells Fargo Dealer Services | Chad J. Julius | (p)JACK N ZAHAROPOULOS |
| --- | --- | --- |
| Attn: Bankruptcy | Jacobson, Julius & Harshberger | ATTN CHAPTER 13 TRUSTEE |
| 1100 Corporate Center Drive | 8150 Derry Street | 8125 ADAMS DRIVE SUITE A |
| Raleigh, NC 27607-5066 | Harrisburg, PA 17111-5212 | HUMMELSTOWN PA 17036-8625 |

Lindsey Nicole Noll
44 West High Street
Windsor, PA 17366-9710

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Belco Community Credit Union | Jefferson Capital Systems, LLC | M & T Bank |
| --- | --- | --- |
| Attn: Bankruptcy Dept. | Po Box 7999 | Attn: Bankruptcy |
| 449 Eisenhower Blvd. Suite 200 | St. Cloud, MN 56302-9617 | Po Box 844 |
| Harrisburg, PA 17111 | | Buffalo, NY 14240 |

| (d)M&T BANK | Jack N Zaharopoulos |
| --- | --- |
| P.O. Box 840 | Standing Chapter 13 |
| Buffalo, NY 14240-0840 | (Trustee) |
| | 8125 Adams Drive, Suite A |
| | Hummelstown, PA 17036 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)M&T BANK | (d)Fulton Bank, N.A. | End of Label Matrix | |
| --- | --- | --- | --- |
| | One Penn Square | Mailable recipients | 33 |
| | P.O. Box 4887 | Bypassed recipients | 2 |
| | Lancaster, PA 17604-4887 | Total | 35 |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Lindsey Nicole Noll,

**Debtor 1**

Chapter 13

Case No. 1:24-bk-02056-HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on December 30, 2024. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: February 5, 2025

orcnfpln(05/18)